STATE OF MAINE                                          SUPERIOR COURT
SAGADAHOC, SS.                                          Civil Action
                                                        Docket No. CV-2016-0014


TED J. GAISER and CHUCK          )
HORNBERGER,                      )
                    Plaintiff,   )
                                 )
                                 )
                                 )
        v.                       )         **ORDER ON PENDING MOTIONS**
                                 )
                                 )
TODD MESPLAY,                    )
        Defendant and            )
    Third Party Plaintiff        )
                                 )
                                 )
        v.                       )
                                 )
                                 )
JOHN GORDON BUILDERS,            )
INC.,                            )
    Third Party Defendant.       )


For the reasons stated on the record during trial, the court believes that the evidence presented at trial generated the mitigation of damages instruction that the court gave to the jury. Therefore, the Plaintiffs' Motion for a New Trial, or in the Alternative Additur, is DENIED.

The Defendant's Motion to Waive Post-Judgment Interest is Granted, in part, and DENIED, in part. The accrual of post-judgment interest in this matter is stayed until 21 days after the date of this order.

After review of the parties' filings, it is ORDERED that Plaintiffs' Bill of Costs is allowed in the amount of $1,887.16.

Dated: November 26, 2018

JUSTICE, MAINE SUPERIOR COURT